CHRISTOPHER STAIGER, Respondent, *v.* CARL SOHT et al., Appellants.

*Staiger* v. *Soht*, 116 App. Div. 874, affirmed.
(Argued March 4, 1908; decided March 6, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 4, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of warranty.

*Henry W. Rudd* and *McCready Sykes* for appellants.

*Henry Hoelljes* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.